Peter J. Goatz (NV Bar No. 11577)
Email: peter@aaznevada.com
265 East Warm Springs Rd., Suite 100
Las Vegas, Nevada  89119
Telephone:   (702) 614-8800
Facsimile:    (702) 614-8700

*Attorney for Robert Maxey*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT MAXEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, ex. rel., its BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS, and the CONSOLIDATED STUDENTS OF THE UNIVERSITY OF NEVADA, LAS VEGAS; DAVID RAPOPORT; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:10-cv-00728-GMN-LRL<br><br>**PLAINTIFF'S REQUEST FOR PRETRIAL CONFERENCE** |

Robert Maxey ("Plaintiff") respectfully requests this Court schedule a pretrial conference. This request is made and based upon Local Rule 16-2, the papers and pleadings on file, and the following memorandum of points and authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. Statement of Facts**

On April, 29, 2010, Plaintiff filed, in the Eight Judicial District Court, Clark County, Nevada, his Complaint for Damages, Injunction, and Other Equitable Relief.

On May 5, 2010, Plaintiff filed his First Amended Complaint for Damages Injunctive Relief and Other Equitable Relief.

On May 19, 2010, Defendants removed the instant action to this Court. [ECF No. 1].

On June 7, 2010, Plaintiff filed his Motion for Summary Judgment. [ECF No. 7].

1  On July 8, 2010, Defendants filed their Answer and Affirmative Defenses to Plaintiff's First Amended Complaint for Damages, Injunctive Relief and other Equitable Relief. [ECF No. 15].

On August 9, 2010, Defendants filed their Opposition to Plaintiff's Motion for Summary Judgment. [ECF No. 16].

On August 18, 2010, Defendants filed their original Motion for Summary Judgment. [ECF No. 17].

On August 26, 2010, Plaintiff filed his Reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment. [ECF No. 20].

By minute order on November 17, 2010, this Honorable Court referred this matter to the United States Magistrate Judge for the scheduling of a settlement conference upon the close of discovery. [ECF No. 33]. Discovery closed on January 3, 2011. [ECF No. 19]. To date, a settlement conference has yet to be scheduled.

On November 23, 2010, the Court entered its Order on Plaintiff's Motion to Strike. [ECF No. 36]. The Order allowed Defendants to file an Amended Motion for Summary Judgment within 14 days of the Order. [ECF No. 36].

On December 7, 2010, Defendants' filed their Amended Motion for Summary Judgment. [ECF No. 37].

On January 3, 2011, Plaintiff filed Plaintiff's Brief in Opposition to Defendants' Amended Motion for Summary Judgment. [ECF No. 41]. Defendants never filed a reply to the opposition.

A Joint Pretrial Statement is due by April 15, 2011. [ECF No. 44].

## II. Plaintiff Requests a Pretrial Conference

Plaintiff requests a pretrial conference pursuant to Local Rule 16-2 due to the parties having yet to participate in a settlement conference and the unresolved motions for summary judgment. The rule states:

> Unless specifically ordered, the court will not conduct pretrial conferences. A party may at any time make written request for a pretrial conference to expedite

10052-01/538205

>disposition of any case, particularly one which is complex or in which there has been delay. Pretrial conferences may be called at any time by the court on its own initiative.

LR 16-2.

Due to the pending resolution of the two outstanding motions for summary judgment and the fact that the parties have yet to participate in a settlement conference, Plaintiff believes that a pretrial conference is warranted. Further, a pretrial conference would aid the parties in drafting a more tailored Joint Pretrial Statement and hopefully would resolve other issues leading up to a planned trial.

### III. Conclusion

Plaintiff respectfully requests that a pretrial conference be scheduled in this case.

Dated this 7th day of April, 2011.

_____
Peter J. Goatz (NV Bar No. 11577)
265 East Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119

*Attorney for Robert Maxey*

10052-01/538205

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of April, 2011, I caused a true and correct copy of the following document to be served upon the counsel listed herein via the court general Notice of Electronic Filing:

### DOCUMENTS FILED AND SERVED

1. **PLAINTIFF'S REQUEST FOR PRETRIAL CONFERENCE**

☒ **By ECF System:**

Elda M. Luna elda.sidhu@unlv.edu, erika.noltie@unlv.edu

Richard C. Linstrom richard.linstrom@unlv.edu, erika.noltie@unlv.edu

Susan Carrasco O'Brien susan.obrien@unlv.edu, erika.noltie@unlv.edu, nancy.cooper@unlv.edu, scott.fleming@unlv.edu

I declare under penalty of perjury that the foregoing is true and correct.

_____
Peter J. Goatz

10052-01/538205