RICHARD C. LINSTROM
General Counsel
Nevada Bar No. 005407
SCOTT D. FLEMING
Assistant General Counsel
Nevada Bar No. 005638
UNIVERSITY OF NEVADA, LAS VEGAS
4505 South Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MAXEY, | CASE NO. 2:10-cv-00728-GMN-LRL |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| STATE OF NEVADA ex. rel., its BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS, and the CONSOLIDATED STUDENTS OF THE UNIVERSITY OF NEVADA, LAS VEGAS, DAVID RAPOPORT, and does 1-10, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties, by and through their respective counsel of record, that the above-entitled case shall be dismissed with prejudice, with each party to bear

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

their own attorneys fees and costs.

Dated: _____

By: _____
Henry L. Schuck, Esq.
Peter J. Goatz, Esq.
265 East Warm Springs Road
Suite 100
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

Dated: July 28, 2011

By: _____
RICHARD C. LINSTROM
General Counsel
Nevada State Bar No. 005407
SCOTT D. FLEMING
Assistant General Counsel
Nevada State Bar No. 005638
UNIVERSITY OF NEVADA, LAS VEGAS
4505 Maryland Parkway, Box 41085
Las Vegas, Nevada 89154-1085
*Attorneys for Defendant*

**IT IS SO ORDERED** this 4th day of August, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted By:

_____
RICHARD C. LINSTROM
General Counsel
Nevada State Bar No. 005407
SCOTT D. FLEMING
Assistant General Counsel
Nevada State Bar No. 005638
UNIVERSITY OF NEVADA, LAS VEGAS
4505 Maryland Parkway, Box 41085
Las Vegas, Nevada 89154-1085
*Attorneys for Defendant*